# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBIR SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>JAIME RIOS, *et al.*<br><br>    Respondents. | Case No: 5:26-cv-00786-MWF-SK<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

---

**TEMPORARY RESTRAINING ORDER**

On March 2, 2026, the Court **GRANTED** *in part* Petitioner's Ex Parte Application for a Temporary Restraining Order (Docket No. 5) and **GRANTED** Petitioner's Ex Parte Application for Order to Compel Return.  (Docket No. 6).

Pursuant to Federal Rule of Civil Procedure 65, 28 U.S.C. § 1651, and this Court's inherent equitable authority, the Court **ORDERS** as follows:

1. Respondents shall **RETURN** Petitioner to Adelanto Detention Facility within two (2) day of this Order, if he is not already present at Adelanto.

2. Respondents shall then immediately **RELEASE** Petitioner from custody under the same terms of supervision that applied before his re-detention. Petitioner shall file a notice of compliance to this effect by no later than **March 5, 2026**.

3. Respondents are **ENJOINED** from re-detaining Petitioner unless they comply with the process required under 8 C.F.R. §§ 241.4(*l*)(1), 241.13(i).

4. Respondents are **ENJOINED** from moving Petitioner to a location outside of the jurisdictional boundaries of the United States District Court for the Central District of California.

5. Respondents shall **SHOW CAUSE**, in writing, by **March 9, 2026**, as to why the Court should not covert this Order into a preliminary injunction. Petitioner shall file a response by **March 13, 2026**.  The parties should address whether further preliminary relief — or this action as a whole — is now moot.

**IT IS SO ORDERED.**

Dated:  March 2, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
**TEMPORARY RESTRAINING ORDER**