# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBIR SINGH, <br><br> Petitioner, <br><br> v. <br><br> JAIME RIOS, *et al.* <br><br> Respondents. | Case No: 5:26-cv-00786-MWF-SK <br><br> **PRELIMINARY INJUNCTION** |

On March 2, 2026, the Court issued an Order Granting In Part Petitioner's Ex Parte Application for a Temporary Restraining Order.  (Docket No. 13).  The Court further issued an Order to Show Cause as to why the Temporary Restraining Order should not be converted into a Preliminary Injunction.  (Docket No. 14).

On March 16, 2026, having reviewed the responses to the Order to Show Cause and pursuant to Federal Rule of Civil Procedure 65, good cause appearing therefor:

Respondents are **ENJOINED** from re-detaining Petitioner unless they comply with the process required under 8 C.F.R. §§ 241.4($l$)(1), 241.13(i).

**IT IS SO ORDERED.**

Dated:  March 16, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

**PRELIMINARY INJUNCTION**