UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00786-MWF-SK                          Date: April 21, 2026

Title      Balbir Singh v. Jaime Rios, et al.

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

|                      |                          |
|----------------------|--------------------------|
| Connie Chung         | n/a                      |
| Deputy Clerk         | Court Reporter / Recorder |

Attorneys Present for Petitioner:          Attorneys Present for Respondent:
None present                                        None present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE:
STIPULATION AND PROPOSED JUDGMENT**

On April 15, 2026, counsel for both parties appeared for a status conference to determine whether the preliminary relief entered by the district court in this matter—releasing Petitioner and enjoining his future detention absent compliance with the applicable regulations governing revocation of his supervised release—should be converted immediately to a final judgment on the merits. (ECF 19-21). Counsel for both parties indicated that they would consider a stipulated disposition of the petition; however, the court has yet to receive a stipulation and proposed judgment.

Accordingly, the parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the district court's order granting preliminary relief by no later than **April 28, 2026.**

IT IS SO ORDERED.