**UNITED STATES DISTRICT COURT** JS-6

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALBIR SINGH,<br>Petitioner,<br>v.<br>JAIME RIOS, et al.,<br>Respondents. | CASE NO. 5:26-cv-00786-MWF-SK<br>**JUDGMENT** |

In accordance with the Court's order granting in part, denying in part, and dismissing in part the petition under 28 U.S.C. § 2241, IT IS ADJUDGED that the petition is granted on petitioner's unlawful re-detention claim such that respondents are enjoined from revoking his order of supervision and re-detaining him unless they comply with the process required under 8 C.F.R. §§ 241.4(l)(1) and 241.13(i). Otherwise, in all other respects, IT IS FURTHER ADJUDGED that the petition is denied in part and dismissed without prejudice in part.

The Clerk of Court is instructed to close this case.

DATED: August 11, 2026

MICHAEL W. FITZGERALD
United States District Judge